**REDACTED COPY**    ~~SEALED~~

**FILED**
June 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CR_____
             DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA § | CAUSE NO.: DR24-CR-00879-AM |
| v. § | **SUPERSEDING INDICTMENT** |
| [REDACTED] § | [VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iv), Conspiracy to Transport Illegal Aliens Resulting in Death; |
| ISRAEL ALEJANDRO RAMIREZ-PEREZ (4) § | COUNT TWO: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iv), Illegal Alien Transportation Resulting in Death; |
| A/K/A "PEE WEE" § | COUNT THREE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii), Conspiracy to Transport Illegal Aliens Causing Serious Bodily Injury and Placing Lives in Jeopardy; |
| A/K/A "PEE" § | COUNT FOUR: 8 U.S.C. § 1324 (a)(1)(A)(ii) & (B)(iii), Illegal Alien Transportation Causing Serious Bodily Injury and Placing Lives in Jeopardy; |
| A/K/A "P" § | COUNTS FIVE - ELEVEN: 8 U.S.C. § 1324 (a)(1)(A)(ii) & (B)(i) Illegal Alien Transportation (Profit); |
| [REDACTED] § | COUNT TWELVE: 18 U.S.C. § 1203 – Conspiracy to Commit Hostage Taking.] |
| § | **FORFEITURE** |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iv)]

Between on or about May 25, 2021 and on or about June 3, 2024, in the Western District of Texas, and elsewhere, Defendants,

▮

ISRAEL ALEJANDRO RAMIREZ-PEREZ A/K/A "PEE WEE," A/K/A "PEE," A/K/A "P,"

▮

did knowingly and intentionally combine, conspire, confederate and agree together and with others, to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who came to, entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, and said offense resulted in the death of one and more than one persons, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) & (B)(iv).

COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iv)]

On or about August 7, 2022, in the Western District of Texas, Defendants,

▮

████████████████████████████

ISRAEL ALEJANDRO RAMIREZ-PEREZ A/K/A "PEE WEE," A/K/A "PEE," A/K/A "P,"

████████████████████████████

knowing and in reckless disregard of the fact that a certain alien, namely, S.H-R., had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, and said offense resulted in the death of one and more than one persons, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(iv).

## COUNT THREE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii)]

Between on or about May 25, 2021 and on or about June 3, 2024, in the Western District of Texas, and elsewhere, Defendants,

ISRAEL ALEJANDRO RAMIREZ-PEREZ A/K/A "PEE WEE," A/K/A "PEE," A/K/A "P,"

████████████████████████████

did knowingly and intentionally combine, conspire, confederate and agree together and with others, to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who came to, entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, and during and in relation to said offense, Defendants' conduct caused serious bodily injury to and placed in

jeopardy the life of one and more than one persons, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(iii).

## COUNT FOUR
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii)]

Between on or about May 30, 2024, and on or about June 3, 2024, in the Western District of Texas, and elsewhere, Defendant,

████████████████████████

knowing and in reckless disregard of the fact that a certain alien, namely, M.D.C.J.-G., had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, and during and in relation to said offense, Defendant's conduct caused serious bodily injury to and placed in jeopardy the life of one and more than one persons, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(iii).

## COUNT FIVE
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about October 10, 2021, in the Western District of Texas, Defendant,

████████████████████████

knowing and in reckless disregard of the fact that a certain alien, namely, Angel Eduardo Pecina-Esquivel, had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation

of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT SIX
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about October 31, 2021, in the Western District of Texas, Defendant, ███████████████████████████████████████████ knowing and in reckless disregard of the fact that a certain alien, namely, Junior Josue Ramos-Balladares, had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT SEVEN
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about September 28, 2022, in the Western District of Texas, Defendant, ███████████████████████████████████████████ knowing and in reckless disregard of the fact that a certain alien, namely, Belvin Romario Fajardo-Garcia, had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT EIGHT
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about May 9, 2023, in the Western District of Texas, Defendant, ████████████████ knowing and in reckless disregard of the fact that a certain alien, namely, Brenda Elizabeth Gonzalez-Rosales, had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT NINE
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about September 2, 2023, in the Western District of Texas, Defendant, ████████████████ knowing and in reckless disregard of the fact that a certain alien, namely, Bryan Alexander Banegas-Castillo, had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT TEN
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about September 4, 2023, in the Western District of Texas, Defendant, [REDACTED] knowing and in reckless disregard of the fact that a certain alien, namely, Jerzon Eliu Alvarado-Villeda, had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT ELEVEN
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about September 9, 2022, in the Western District of Texas, Defendant, [REDACTED] knowing and in reckless disregard of the fact that a certain alien, namely, Ignacio Muraira Jr., had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT TWELVE
[18 U.S.C. § 1203(a)]

Between on or about May 30, 2024, and on or about June 3, 2024, in the Western District of Texas, and elsewhere, Defendant,

███████████████████████████████

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to intentionally seize and detain and threaten to kill, injure, and continue to detain another person in order to compel a third party to forward, by means of electronic wire transfer, funds in the form of United States Dollars, as an explicit and implicit condition for the release of said person, in violation of Title 18, United States Code, Section 1203(a).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

*[See* FED. R. CRIM. P. 32.2]

#### I.
#### Immigration Violations and Forfeiture Statute

[Title 8 U.S.C. § 1324(a)(1)(A)(v)(I),
subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(6)(A)]

As a result of the criminal violations set forth in Counts One through Sixteen, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of the property, including any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 982(a)(6)(A) which states:

**Title 18 U.S.C. § 982. Criminal Forfeiture**
(a)(6)(A) The court, in imposing sentence on a person convicted of a violation of, or conspiracy to violate, section 274(a) … of the Immigration and Nationality Act … shall order that the person forfeit to the United States, regardless of any provisions of State law—
  (i) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted; and
  (ii) any property real or personal—

(1) that constitutes or derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense for which the person is convicted; or
(II) that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

## II.
## Money Judgment

**Money Judgment:** A sum of money equal to the value of the proceeds from the immigration violations for which each Defendant is solely liable.

## III.
## Substitute Property

If any proceeds from the immigration violations, as a result of any act or omission of the Defendants—

(A) cannot be located upon the exercise of due diligence;
(B) has been transferred or sold to, or deposited with, a third party;
(C) has been placed beyond the jurisdiction of the court;
(D) has been substantially diminished in value; or
(E) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of each Defendant, up to the value of each money judgment, as substitute property pursuant to Title 21 U.S.C. § 853(p) and FED. R. CRIM. P. 32.2(e).

A TRUE BILL

**FOREPERSON**

JAIME ESPARZA
United States Attorney

By: _____
BRETT C. MINER
Assistant United States Attorney