UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:24-CR-00879-AM |
| | § | |
| | § | |
| ISRAEL RAMIREZ-PEREZ, | § | |
| | § | |
| Defendant. | § | |

## THE DEFENDANT'S UNOPPOSED MOTION TO EXPEDITE

**TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE JOSEPH A. CORDOVA:**

Now comes ISRAEL RAMIREZ-PEREZ, the defendant, by and through his attorney, Case J. Darwin, and makes this the Defendant's Unopposed Motion to Expedite (the "Motion"), and shows the following in support thereof:

1. The Government indicted the defendant for the offenses of **CONSPIRING TO TRANSPORT ILLEGAL ALIENS RESULTING IN DEATH**, **ILLEGAL ALIEN TRANSPORTATION RESULTING IN DEATH**, and **CONSPIRING TO TRANSPORT ILLEGAL ALIENS CAUSING SERIOUS BODILY INJURY AND PLACING LIVES IN JEOPARDY**.

2. On July 26, 2024, the defendant is set for a detention hearing.

3. The defendant is asking to expedite his detention hearing to July 25,

2024.

4.     The Government, through AUSA Brett Miner, is unopposed to the defendant's request.

**WHEREFORE, PREMISES CONSIDERED**, the defendant prays that this Court grants the defendant's Motion and for such further relief in connection therewith that is proper.

Respectfully submitted,

LAW OFFICE OF CASE J. DARWIN, INC.
14400 Jones Maltsberger
San Antonio, TX 78247
Tel: (210) 630-4780
Fax: (210) 855-7334
casejdarwin@hotmail.com

By: /s/_____
    Case J. Darwin
    State Bar No. 24059649
    Attorney for the defendant

## CERTIFICATE OF SERVICE

This is to certify that, on this 20 day of July, 2024, a true and correct copy of the above and foregoing document was served on the United States Attorney's Office, Western District of Texas, by CM/ECF.

/s/_____
CASE J. DARWIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | 2:24-CR-00879-AM |
| | § § | |
| **ISRAEL RAMIREZ-PEREZ,** | § § § | |
| **Defendant.** | § | |

**O R D E R**

On this day, came on to be considered ISRAEL RAMIREZ-PEREZ' Unopposed Motion to Expedite (the "Motion"), and said Motion is hereby:

(  ) Granted

(  ) Denied

**SIGNED** and **ENTERED** this ___ day of _____, 2024.

_____
U.S. MAGISTRATE JUDGE JOSEPH A. CORDOVA